

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 24, 2017

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | CASE NO. 16-30427-bjh-7 |
| SHAWN ERIC SHEARER., | § § | CHAPTER 7 |
| Debtor. | § § | |
| SCOTT SEIDEL, Chapter 7 Trustee, | § § | |
| Plaintiff | § | Adversary No. 16-03128-bjh |
| v. | § § | |
| THE SHEARER LAW GROUP P.C. and SHAWN ERIC SHEARER, | § § § | |
| Defendant. | § § | |

## AGREED JUDGMENT

Upon consideration of the Joint Motion to Approve Compromise and Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion") filed by Scott Seidel, Chapter 7 Trustee (the "Trustee") and Shawn Eric Shearer (the "Debtor") in the main bankruptcy case captioned above and the agreement of the parties set forth in the Settlement

Agreement attached to the Motion, the Court finds that this Agreed Judgment should be entered. It is therefore

ORDERED that Trustee shall have judgment against Shearer in the amount of $45,000.00. It is further

ORDERED that Shearer shall cause the amount of the judgment to be paid to the Trustee within three (3) business days from entry of this Agreed Judgment. It is further

ORDERED that each party shall bear their own costs incurred. It is further

ORDERED that the Court retains jurisdiction to enforce the terms of this agreed judgment.

# # # END OF ORDER # # #

Order Prepared By:

*/s/ Melanie P. Goolsby*
Gerrit M. Pronske
State Bar No. 16351640
Melanie P. Goolsby
State Bar No. 24059841
**PRONSKE GOOLSBY & KATHMAN, P.C.**
901 Main Street, Suite 610
Dallas, Texas 75202
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: mgoolsby@pgkpc.com

**COUNSEL FOR THE TRUSTEE**

*/s/ Shawn Shearer**
Shawn Shearer
3001 Sale Street #321
Dallas, Texas 75219
(214) 434-1594 – Telephone
shearershawn@hotmail.com

**DEBTOR**

*with permission */s/ Shawn Shearer*